## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PETER A. CRAWFORD,**<br><br>**Plaintiff,**<br><br>v.<br><br>**WOLVERINE, PROCTOR & SCHWARTZ, INC., STEVEN F. CHILINSKI, and DEEPAK S. KULKARNI,**<br><br>**Defendants**. | Civil Action No.<br>05-10078-DPW<br><br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |

WHEREAS, plaintiff, Peter A. Crawford ("Crawford"), served the defendants Wolverine, Proctor & Schwartz, Inc., Steven F. Chilinski, And Deepak S. Kulkarni ("Defendants"), with the summons and complaint in this action pursuant to Rule 4(d) of the Federal Rules of Civil Procedure on or about January 20, 2005;

WHEREAS, each of the Defendants has executed a waiver of service form and provided such form to Crawford;

WHEREAS, the undersigned counsel for Defendants, Mark Whitney, requested additional time to respond to the complaint until April 8, 2005;

WHEREAS, Crawford has assented to Defendants' request for more time to respond;

THE PARTIES HEREBY STIPULATE AND AGREE that:

Defendants' time to respond to the complaint should be extended to April 8, 2005.

Respectfully submitted,

        **WOLVERINE, PROCTOR & SCHWARTZ, INC., STEVEN F. CHILINSKI, and DEEPAK S. KULKARNI**,

        By their attorneys,

| | |
|---|---|
| /s/ Peter A. Crawford (by Mark M. Whitney with his express permission) | /s/ Mark M. Whitney |
| Peter A. Crawford, *pro se* | Mark M. Whitney, Esq., BBO # 637054 |
| 23 Newcastle Drive, #11 | **MORGAN BROWN & JOY, LLP** |
| Nashua, NH  03060 | 200 State Street |
| Phone (603) 888-4574 | Boston, MA 02109-2605 |
| | Phone (617) 523-6666 |
| | Fax (720) 293-9696 |
| | *Counsel for Defendants* |

Dated:  March 30, 2005

## ORDER

It is so ordered.

        By the Court:

Dated _____, 2005        _____

        Douglas P. Woodlock, U.S. District Judge