UNITED STATES DISTRICT COURT
District of Massachusetts

FILED
CLERKS OFFICE
2005 APR 27 P 12: 44
U.S. DISTRICT COURT
DISTRICT

Civil Action
No: 05A10078-DPW

PETER A. CRAWFORD, Plaintiff          )
                                      )
v.                                    )
                                      )
WOLVERINE, PROCTOR & SCHWARTZ, INC.,  )
Steven F. Chilinski, Deepak S. Kulkarni, )
                                      )
    Defendants                        )
                                      )

## PLAINTIFF'S DEMAND FOR JURY TRIAL ON DEFENDANT'S COUNTERCLAIMS

Now comes the plaintiff in the above-captioned action and, pursuant to Fed. R. Civ. P. 38(b), demands a jury trial on defendant Wolverine's counterclaims. A jury trial on all of Plaintiff's claims was demanded by way of indorsement upon his Complaint.

Respectfully submitted,

Peter A. Crawford, pro se
23 Newcastle Dr. #11
Nashua, NH 03060
(603)888-4574

Date: April 24, 2005

## Affidavit of Service

I, Peter A. Crawford, plaintiff, hereby say and depose, under pains and penalties of perjury, that I this day served the Plaintiff's Demand for a Jury Trial on Defendant's Counterclaims, upon defendants' attorney, by causing copies thereof to be mailed, first class postage prepaid, to Mark Whitney, Morgan Brown & Joy, 200 State St., Boston, MA 02109.

*[signature]*

Date: April 24, 2005