UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER A. CRAWFORD,

    Plaintiff,

v.

WOLVERINE, PROCTOR & SCHWARTZ, INC.;
STEVEN F. CHILINSKI, and
DEEPAK S. KULKARNI,

    Defendants.

Civil Action No.
05-cv-10078 (DPW)

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Defendants Wolverine, Proctor & Schwartz, Inc. ("Wolverine"), Steven F. Chilinski ("Chilinski") and Deepak S. Kulkarni ("Kulkarni") and their counsel, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation. In addition, Defendants and their counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs. Defendants will be prepared to respond to whether they will agree to attempt to resolve this litigation by such a program at the Joint Scheduling Conference.

Dated: June 13, 2005

                                           Respectfully submitted,

                                           WOLVERINE, PROCTOR &
                                           SCHWARTZ, INC.,
                                           STEVEN F. CHILINSKI, and
                                           DEEPAK S. KULKARNI

                                           By their attorneys,

                                           <u>/s/  Mark M. Whitney</u>
                                           Mark Whitney (BBO #637054)
                                           Jeffrey D. Kuhn
                                           MORGAN, BROWN & JOY LLP
                                           200 State Street
                                           Boston, Massachusetts  02109
                                           (617) 523-6666

WOLVERINE          Fax:9783464213           Jun 13 '05   10:49      P.02/02

WOLVERINE, PROCTOR &
SCHWARTZ, INC.,

_____
Mark A. Brown
President
Wolverine, Proctor & Schwartz, LLC

_____
Steven F. Chilinski

_____
Deepak S. Kulkarni

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 13, 2005, I filed the foregoing document with the Clerk of the Court by using the ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing to the pro se plaintiff, Peter A. Crawford, 23 Newcastle Drive, #11, Nashua, NH 03060, by U.S. mail, on June 13, 2005; I further certify that I sent a courtesy copy of this filing and its ECF confirmation to plaintiff at his email address petercra@ix.netcom.com on June 13, 2005.

/s/ Mark M. Whitney
Mark M. Whitney, Esq.