UNITED STATES DISTRICT COURT
District of Massachusetts

Civil Action
No. 05-10078-DPW

PETER A. CRAWFORD, Plaintiff )
)
v. )
)
WOLVERINE, PROCTOR & SCHWARTZ, INC., )
Steven F. Chilinski, Deepak S. Kulkarni, )
)
Defendants )

### PLAINTIFF'S MOTION TO COMPEL THE DEPOSITION OF DEFENDANT KULKARNI AND FOR SANCTIONS AND EXPENSES

### REQUEST FOR ORAL ARGUMENT

Plaintiff hereby requests, pursuant to Local Rule 7.1(d), that oral argument be permitted on this motion.

### MOTION

Now comes the plaintiff in the above captioned action, and moves that this Honorable Court order defendant Kulkarni, pursuant to Fed. R. Civ. P. Rule 37(d), to attend a deposition within three business days after the allowance of this motion, order defendant Kulkarni and his counsel to reimburse the plaintiff for $220.97 in expenses associated with defendant Kulkarni's failure to appear for his deposition, and pursuant to Fed. R. Civ. P. Rule 37(b)(2)(C) order judgment by default against defendant Kulkarni, or such other sanction as this Court deems just and meet.

34

## CERTIFICATE OF CONFERRAL

Plaintiff hereby certifies that he has complied with the provisions of Local Rule 37.1, as further detailed in the accompanying memorandum.

Respectfully submitted,

Peter A. Crawford, pro se
23 Newcastle Dr. #11
Nashua, NH 03060
(603)888-4574

Date: Nov. 22, 2005