UNITED STATES DISTRICT COURT
District of Massachusetts

Civil Action
No. 05-10078-DPW

| | |
|---|---|
| PETER A. CRAWFORD, Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| WOLVERINE, PROCTOR & SCHWARTZ, INC., | ) |
| Steven F. Chilinski, Deepak S. Kulkarni, | ) |
| | ) |
| Defendants | ) |

ASSENTED TO MOTION TO CONTINUE DECEMBER 21, 2005 HEARING

NOW COMES the Plaintiff and Defendants in the above-captioned action (collectively the "Parties") and jointly move that the hearing scheduled before Magistrate Collings for December 21, 2005 at 11:30 a.m. be continued. Plaintiff is unable to attend on that day due to pre-existing, non-refundable air travel plans to the west coast. Both parties are currently available on the 6th, 10th, 12th or 13th of January, 2006.

Peter A. Crawford, pro se
23 Newcastle Dr. #11
Nashua, NH 03060
(603)888-4574

/s/Mark M. Whitney (by Peter A. Crawford
with his express permission)
Mark M. Whitney
MORGAN, BROWN & JOY, LLP
200 State St. – 11th Floor
Boston, MA 02109-2605
(617)523-6666

Date: Dec. 19, 2005

1

## Affidavit of Service

I, Peter A. Crawford, plaintiff, hereby say and depose, under pains and penalties of perjury, that I this day served the within papers upon defendants' attorney, by causing copies thereof to be mailed, first class postage prepaid, to Mark Whitney, Morgan Brown & Joy, 200 State St., Boston, MA 02109.

_Peter A. Crawford_

Date: Dec 19, 2005