UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred _____

  PETER A. CRAWFORD

                V.                                  CA/CR No.   05CA10078-DPW

  WOLVERINE, PROCTOR & SCHWARTS, INC. ET AL        Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Chief Magistrate Judge   COLLINGS   for the following proceedings:

(A)    Determination (Order) on:
        ( ) Rule 16(b) and/or Pretrial proceedings _____
        (X) Nondispositive pretrial and discovery motions(s) not listed in Paragraph (B) below
           See Documents Numbered :   46
        ( ) Trial pursuant to 28 U.S.C. §636(c) or 18 U.S.C. §3401 and applicable rules

        Action taken by the Magistrate Judge on matters referred for determination shall constitute the Order of the Court and shall be reconsidered only where shown to be clearly erroneous in fact or contrary to law.
        28 U.S.C. §636(b)(1)(A)

(B)    Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) on:
        ( ) Motion(s) for injunctive relief
        ( ) Motion(s) for judgment on the pleadings
        ( ) Motion(s) for summary judgment
        ( ) Motion(s) to permit maintenance of a class action
        ( ) Motion(s) to suppress evidence
        ( ) Motion(s) to dismiss
           See Documents Numbered: _____

(C)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
        ( ) In accordance with Rule 53, F.R.Civ.P.
        ( ) In accordance with 42 U.S.C. §2000e-5(f)(5)

(D)    Special instructions_____

January 30, 2006                              By :   /s/ MICHELLE RYNNE
DATE                                                Deputy Clerk

( ) Civil Rule 16(b) Proceedings                      ( ) Criminal Dispositive Motions
( ) Civil and MBD Discovery or Civil Pretrial         ( ) Criminal Pretrial or Discovery
( ) Service as Special Master or Trial                 ( ) Post Conviction Proceedings[1]
( ) Civil Dispositive Motions                            ( ) Miscellaneous

(MJordref.frm - 09/92)                             [orefcs., orefm., korefcs., korefm.]

---

[1] See reverse side of order for instructions