UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

PETER A. CRAWFORD,

        Plaintiff,

                                       Civil Action No.
v.                                     05-cv-10078 (DPW)

WOLVERINE, PROCTOR & SCHWARTZ, INC.,
STEVEN F. CHILINSKI, and
DEEPAK S. KULKARNI,

        Defendants.
_____

## DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT

Defendants Wolverine, Proctor & Schwartz, Inc. ("WPS"), Steven F. Chilinski and Deepak S. Kulkarni hereby submit the following Notice of Non-Opposition to plaintiff *pro se* Peter A. Crawford's Motion for Leave to Amend His Complaint pursuant to Fed. R. Civ. P. 15(a). Defendants do not oppose Crawford's instant motion.

The foregoing notwithstanding, defendants state that they regard Crawford's motion to supplement his Complaint and expand the scope of this dispute as a bald effort to circumvent the Protective Orders issued by this Court on January 6, 2006. Defendants' non-opposition to the instant motion should not be construed, therefore, as an assent to the broadening of the scope of permissible discovery in this action and defendants expressly reserve all rights to oppose discovery requests within the confines of the applicable law and rules.

Because of the novel fraud claim asserted by Crawford in his proposed Amended Complaint, defendants will cross-move (contemporaneously with filing this Notice of

Non-Opposition) for an Order extending the discovery deadline in this matter for an additional 45 days -- during which time defendants (and defendants only) may conduct additional discovery necessary to defend Crawford's newly asserted claims.

Dated: January 31, 2006

<div style="margin-left:40%;">

Respectfully submitted,

WOLVERINE, PROCTOR &
SCHWARTZ, INC.,
STEVEN F. CHILINSKI, and
DEEPAK S. KULKARNI

By their attorneys,


/s/ Mark M. Whitney
Mark Whitney (BBO #637054)
Jeffrey D. Kuhn (BBO #662326)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts   02109
(617) 523-6666

</div>

TO:    Peter A. Crawford, *pro se*
       23 Newcastle Drive #11
       Nashua, New Hampshire   03060
       (603) 888-4574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2006, I filed the foregoing document with the Clerk of the Court by using the ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing to plaintiff *pro se* Peter A. Crawford, 23 Newcastle Drive #11, Nashua, New Hampshire 03060 by U.S. mail, on this 31st day of January 2006.

<div style="margin-left:40%;">

/s/ Jeffrey D. Kuhn
_____

</div>