UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER A. CRAWFORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WOLVERINE, PROCTOR & SCHWARTZ, INC., )<br>STEVEN F. CHILINSKI, and )<br>DEEPAK S. KULKARNI, )<br>)<br>Defendants. )<br>) | Civil Action No.<br>05-cv-10078 (DPW) |

### NOTICE OF APPEARANCE OF JEFFREY D. KUHN, ESQ.

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants, Wolverine, Proctor & Schwartz, Inc., Steven F. Chilinski, and Deepak S. Kulkarni, in the above-captioned action. Mark M. Whitney, also of this office, will continue to serve as counsel for the defendants.

> WOLVERINE, PROCTOR & SCHWARTZ, INC.,
> STEVEN F. CHILINSKI, and
> DEEPAK S. KULKARNI,
> By Their Attorneys
>
> _____
> Mark M. Whitney (BBO#637054)
> Jeffrey D. Kuhn (BBO#662326)
> MORGAN, BROWN & JOY, LLP
> 200 State Street
> 11th Floor
> Boston, MA 02109-2605
> (617) 523-6666

February 10, 2006

- 2 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 10, 2006, I filed the foregoing document with the Clerk of the Court by hand-delivery. I further certify that I mailed the foregoing document to the pro se plaintiff, Peter A. Crawford, 23 Newcastle Drive, #11, Nashua, NH 03060, by U.S. mail, on February 10, 2006.

_____
Jeffrey D. Kuhn, Esq.