UNITED STATES DISTRICT COURT
District of Massachusetts

Civil Action
No. 05-10078-DPW

PETER A. CRAWFORD, Plaintiff     )
                                 )
                                 )
     v.                          )
                                 )
WOLVERINE, PROCTOR & SCHWARTZ, INC., )
     Steven F. Chilinski, Deepak S. Kulkarni, )
                                 )
     Defendants                  )
                                 )

PLAINTIFF'S MOTION TO COMPEL RESPONSES TO HIS REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. 2

REQUEST FOR ORAL ARGUMENT

Plaintiff hereby requests, pursuant to Local Rule 7.1(d), that oral argument be permitted on this motion.

MOTION

Now comes the plaintiff in the above-captioned action, and moves that this Honorable Court compel each and every one of the defendants to respond as requested to Request Nos. 6 and 13 of Plaintiff's Request for Production of Documents to All Defendants, Set No. 2. In support thereof, plaintiff submits herewith Plaintiff's Memorandum in Support of his Motion to Compel Responses to his Request for Production of Documents, Set No. 2.

CERTIFICATE OF CONFERRAL

1

Plaintiff hereby certifies that he has complied with the provisions of Local Rule 37.1, as further detailed in the accompanying memorandum.

Respectfully submitted,

*/s/ Peter A. Crawford*

Peter A. Crawford, pro se
23 Newcastle Dr. #11
Nashua, NH 03060
(603)888-4574

Date: 21 Feb. 2006