UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

PETER A. CRAWFORD,

       Plaintiff,

v.

WOLVERINE, PROCTOR & SCHWARTZ, INC.,
STEVEN F. CHILINSKI, and
DEEPAK S. KULKARNI,

       Defendants.
_____

Civil Action No.
05-cv-10078 (DPW)

## JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE OPPOSITION TO PLAINTIFF'S CURRENTLY PENDING DISCOVERY MOTIONS

NOW COMES the Plaintiff and Defendants in the above-captioned action (collectively the "Parties") and jointly move for an order extending the time for defendants to file opposition to plaintiff's currently pending Motion to Compel Responses to Plaintiff's Request for Production of Documents, Set No. 2 and Plaintiff's Motion to Amend and Dissolve Protective Orders in Light of the Amended Complaint.

Plaintiff filed both of the above-referenced motions on February 22, 2006. Pursuant to Local Rule 7.1(B)(2), defendants' opposition to both of plaintiff's motions were due to be filed on March 8, 2006, or within fourteen days after plaintiff filed his motion. At defendants' request, plaintiff has consented to a two-day extension, until Friday, March 10, 2006, for defendants to file their opposition to plaintiff's motions.

**WHEREFORE**, the parties respectfully move that this Court grant the defendants a two-day extension, until Friday, March 10, 2006, to file and serve their opposition to plaintiff's currently pending discovery motions.

-2-

Respectfully submitted,

| | |
|---|---|
| PETER A. CRAWFORD, | WOLVERINE, PROCTOR & SCHWARTZ, INC.; DEEPAK S. KULKARNI and STEVEN CHILINSKI, |
| Plaintiff *Pro Se* | By their attorneys, |
| /s/ Peter A. Crawford<br>23 Newcastle Drive<br>Nashua, New Hampshire   03060<br>(603) 888-4574 | /s/ Jeffrey D. Kuhn<br>Mark M. Whitney<br>Jeffrey D. Kuhn<br>MORGAN, BROWN & JOY, LLP<br>200 State Street – 11th Floor<br>Boston, Massachusetts  02109-2605<br>(617) 523-6666<br>*Counsel for Defendant* |

Dated:  March 8, 2006