UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

PETER A. CRAWFORD,

        Plaintiff,

v.

WOLVERINE, PROCTOR & SCHWARTZ, INC.,
STEVEN F. CHILINSKI, and
DEEPAK S. KULKARNI,

        Defendants.

Civil Action No.
05-cv-10078 (DPW)

---

### AFFIDAVIT OF MARK BROWN

MARK BROWN, being duly sworn deposes and says:

1.    I was the Chief Financial Officer of Wolverine, Proctor & Schwartz, Inc. ("WPS"), one of the defendants in this matter, from September 11, 2000 through September 25, 2003. On February 14, 2005 I was hired by Wolverine, Proctor & Schwartz LLC as that company's President. I submit this Affidavit in support of Defendants' Motion for Summary Judgment.

2.    I am a Certified Public Accountant ("CPA").

3.    The term "earnings" is not defined in the Generally Accepted Accounting Principles ("GAAP") promulgated by the Financial Accounting Standards Board ("FASB").

4.    The acronym "EBITDA" – which generally means "earnings before interest, taxes, depreciation and amortization" – is also not a GAAP defined term.

5.    On January 14, 2002, I was present at a meeting of the senior management of WPS when Deepak Kulkarni, then the Chief Executive Officer of WPS, asked if any other members of the senior management had any objections to the termination of Peter Crawford's

employment as WPS's Chief Operations Officer. Because both I and, upon information and belief, all of my fellow senior managers found Crawford difficult to deal with, none of the senior managers voiced any objections to Kulkarni's suggestion that Crawford be terminated. Crawford's workplace demeanor was such that he tended to alienate nearly everyone he worked with.

6. I later learned that, prior to proposing Crawford's termination to WPS's senior management, Kulkarni had engaged in an initial discussion of the topic with another member of the WPS Board of Directors, Erik Scott.

7. On January 14, 2002, both Kulkarni and I were members of the WPS Board of Directors. The other three members of the WPS Board, Ernest Jacquet, John Rutherford and Erik Scott, were each principles at Parthenon Capital LLC ("Parthenon"). In late December 2001, Parthenon acquired a controlling ownership interest in WPS.

8. Following Kulkarni's poll of WPS's senior executives regarding Crawford's potential termination, Kulkarni and I engaged in a telephonic conference with WPS Director Erik Scott. I agreed with Messrs. Scott and Kulkarni that Crawford's termination from WPS was appropriate.

9. Upon information and belief, after he discussed Crawford's termination with Kulkarni and me, Scott discussed the matter in-person with the other two Parthenon members of the WPS Board, Messrs. Jacquet and Rutherford. Messrs. Scott, Jacquet and Rutherford each agreed that Crawford's immediate termination as WPS's COO was appropriate.

10. Kulkarni and I then conducted a second telephonic conference with Scott wherein it was determined that it was the unanimous position of the WPS Board of Directors that Crawford should be immediately terminated as the company's COO.

-3-

11. Later in the day on January 14, 2002, following the Board's decision to terminate Crawford's employment, Kulkarni asked me to notify Crawford of the company's decision. I subsequently walked to Crawford's office and verbally informed him that the WPS Board and CEO had elected to terminate his employment. Before I escorted Crawford out of the building, Crawford entered a company conference room to briefly address the company's senior management on the topic of his termination.

12. After I walked Crawford out of the building, I asked WPS's Human Resources Manager, Carol O'Donohue, to draft a letter to Crawford confirming WPS's decision to terminate his employment. My request to O'Donohue to draft a confirmation letter to a recently terminated WPS employee was consistent with the company's standard operating procedure. A copy of Carol O'Donohue's January 18, 2002 termination letter to Crawford is attached hereto as Exhibit "1".

13. On December 21, 2001, Crawford obtained a WPS financial statement from WPS employee William Crotty. A copy of the financial statement Crawford obtained from Crotty on December 21, 2001 is attached hereto as Exhibit "2".

Signed under the penalties and pains of perjury this 17th day of March 2006.

/s/ Mark Brown
MARK BROWN

-4-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on his 17th day of March 2006, I filed the foregoing document with the Clerk of the Court by using the ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing to the pro se plaintiff, Peter A. Crawford, 23 Newcastle Drive, #11, Nashua, NH 03060, by U.S. mail, on March 17, 2006.

/s/ Mark M. Whitney
Mark M. Whitney, Esq.

# EXHIBIT 1
# BROWN



January 18, 2002

Mr. Peter Crawford
23 Newcastle Drive #11
Nashua, NH 03060

Dear Peter:

Your termination as an employee of Wolverine is effective at the end of the regular workday on Monday, January 14, 2002. All authority to perform any duties as an employee are terminated as of such date.

We ask that you return your cell phone, keys to the building and gate, any travel cards, car rental cards and telephone calling cards.

We want to make every effort we can to help you during this difficult period to minimize any disruption in your career or personal life. We wish you the best of success in the future.

Sincerely,

*Carol O'Donohue*

Carol O'Donohue
Human Resource Manager

*Certified mail
RRR*

Wolverine Proctor & Schwartz, Inc.
51 East Main Street, Merrimac, MA 01860 USA  Tel 978.346.4541  Fax 978.346.4213
www.wolverineproctor.com

W0097

# EXHIBIT 2
# BROWN

12/21/01

INCOME STATEMENT DATA - Wolverine

| (US$ thousands) Fiscal Year Ending 12/31 | Audited YTD 00 | Actual Jan-01 | Actual Feb-01 | Actual Mar-01 | Actual Apr-01 | Actual May-01 | Actual Jun-01 | Actual Jul-01 | Actual Aug-01 | Actual Sep-01 | Actual Oct-01 | Actual Nov-01 | Forecast Dec-01 | YTD 01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | $ 43,866 | $ 3,266 | $ 3,640 | $ 3,632 | $ 3,407 | $ 3,202 | $ 3,677 | $ 3,150 | 2,846 | $ 2,320 | $ 2,333 | $ 1,695 | 1800 | $ 34,868 |
| Cost of Goods Sold | $ 31,304 | 2,074 | 2,469 | 2,161 | 2,255 | 1,959 | 2,168 | 2,073 | 1,800 | 1,554 | 1,598 | 1,147 | 1,485 | $ 22,743 |
| Gross Profit | $ 12,562 | $ 1,192 | $ 1,171 | $ 1,371 | $ 1,152 | $ 1,243 | $ 1,509 | $ 1,077 | $ 1,046 | 766 | 735 | 548 | 315 | $ 12,125 |
| Gross Margin | 29% | 36% | 32% | 39% | 34% | 39% | 41% | 34% | 37% | 33% | 32% | 32% | 21% | 35% |
| SG & A Expenses | $ 12,208 | 823 | 889 | 903 | 817 | 1,035 | 832 | 865 | 838 | 708 | 951 | 758 | 950 | $ 10,369 |
| Operating EBITDA | $ 354 | $ 369 | $ 282 | $ 468 | $ 335 | $ 208 | $ 677 | $ 212 | $ 208 | 58 | $ (216) | $ (210) | $ (635) | $ 1,756 |
| EBITDA Margin | 1% | 11% | 8% | 13% | 10% | 6% | 18% | 7% | 7% | 3% | -9% | -12% | -43% | 5% |
| Depreciation & Amortization | $ 3,337 | 157 | 156 | 155 | 154 | 154 | 162 | 136 | 801 | 256 | 193 | 203 | 203 | $ 2,730 |
| Interest Expense | 1982 | 151 | 138 | 153 | 149 | 148 | 316 | 170 | 180 | 175 | 158 | 257 | 158 | $ 2,163 |
| Provision for Taxes | 46 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - |
| Net Income | (5,011) | 61 | (12) | 160 | 32 | (94) | 199 | (94) | (773) | (373) | (567) | (670) | (996) | $ (3,127) |

PAC 0100

INCOME STATEMENT DATA - Wolverine

(US$ thousands)
Fiscal Year Ending 12/31

| | 2000 | | | | | Final | Final | Final | Forecast | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1Q00 | 2Q00 | 3Q00 | 4Q00 | 2000 | 1Q01 | 2Q01 | 3Q01 | 4Q01 | 2001 |
| | | | | | | | | | | unaudited |
| Net Sales | $ 9,790 | $ 11,659 | $ 11,842 | $ 10,575 | $ 43,866 | $ 10,438 | $ 10,286 | $ 8,316 | $ 5,513 | $ 34,553 |
| Cost of Goods Sold | 8,009 | 8,198 | 8,072 | 7,025 | 31,304 | 6,704 | 6,382 | 5,427 | #REF! | #REF! |
| Gross Profit | $ 1,781 | $ 3,461 | $ 3,770 | $ 3,550 | $ 12,562 | $ 3,734 | $ 3,904 | $ 2,889 | #REF! | #REF! |
| Gross Margin | 18% | 30% | 32% | 34% | 29% | 36% | 38% | 35% | #REF! | #REF! |
| SG & A Expenses | $ 3,345 | $ 3,356 | $ 3,168 | $ 2,339 | $ 12,208 | $ 2,615 | $ 2,684 | $ 2,411 | $ 2,659 | 10,369 |
| Operating EBITDA | $ (1,564) | $ 105 | $ 602 | $ 1,211 | $ 354 | $ 1,119 | $ 1,220 | $ 478 | #REF! | #REF! |
| EBITDA Margin | -16% | 1% | 5% | 11% | 1% | 11% | 12% | 6% | #REF! | #REF! |
| Depreciation & Amortization | $ 690 | $ 681 | $ 792 | $ 1,174 | $ 3,337 | $ 468 | $ 470 | $ 1,193 | $ 599 | 2,730 |
| Interest Expense | $ 442 | $ 451 | $ 455 | $ 634 | $ 1,982 | $ 442 | $ 613 | $ 525 | $ 573 | 2,153 |
| Provision for Taxes | $ - | $ - | $ - | $ 46 | $ 46 | $ - | $ - | $ - | $ - | - |
| Extraordinary loss | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Net Income | $ (2,696) | $ (1,027) | $ (645) | $ (643) | $ (5,011) | $ 209 | $ 137 | $ (1,240) | $ (2,233) | (3,127) |

PAC 0101