UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ORDER OF REFERENCE

Check if previously referred _____

PETER A. CRAWFORD
_____

                    V.                    CA/CR No. _____05CA10078-DPW_____

WOLVERINE, PROCTOR & SCHWARTS, INC. ET AL    Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Chief Magistrate Judge ___COLLINGS___ for the following proceedings:

(A)    Determination (Order) on:
       (  )  Rule 16(b) and/or Pretrial proceedings _____
       (X)   Nondispositive pretrial and discovery motions(s) not listed in Paragraph (B) below
             See Documents Numbered : ____72, 75_____

       (  )  Trial pursuant to 28 U.S.C. §636(c) or 18 U.S.C. §3401 and applicable rules

       Action taken by the Magistrate Judge on matters referred for determination shall constitute the
       Order of the Court and shall be reconsidered only where shown to be clearly erroneous in fact
       or contrary to law.
       28 U.S.C. §636(b)(1)(A)

(B)    Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) on:
       (  )  Motion(s) for injunctive relief
       (  )  Motion(s) for judgment on the pleadings
       (  )  Motion(s) for summary judgment
       (  )  Motion(s) to permit maintenance of a class action
       (  )  Motion(s) to suppress evidence
       (  )  Motion(s) to dismiss
             See Documents Numbered: _____

(C)    Service as a special master for hearing, determination and report, subject to the terms of the
       special order filed herewith:
       (  )  In accordance with Rule 53, F.R.Civ.P.
       (  )  In accordance with 42 U.S.C. §2000e-5(f)(5)

(D)    Special instructions_____

_____
_____

April 6, 2006                          By : _____/s/ MICHELLE RYNNE_____

DATE                                   Deputy Clerk

(  )  Civil Rule 16(b) Proceedings          (  )  Criminal Dispositive Motions
(  )  Civil and MBD Discovery or Civil Pretrial    (  )  Criminal Pretrial or Discovery
(  )  Service as Special Master or Trial          (  )  Post Conviction Proceedings[1]
(  )  Civil Dispositive Motions             (  )  Miscellaneous

(MJordref.frm - 09/92)                      [orefcs., orefm., korefcs., korefm.]

_____
    [1] See reverse side of order for instructions