**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
———————————————————————

PETER A. CRAWFORD,

        Plaintiff,

                                               Civil Action No.

v.                                              05-cv-10078 (DPW)

WOLVERINE, PROCTOR & SCHWARTZ, INC.;
STEVEN F. CHILINSKI, and
DEEPAK S. KULKARNI,

        Defendants.

———————————————————————

## SUGGESTION OF BANKRUPTCY

        NOW COMES Defendants Wolverine, Proctor & Schwartz, Inc. ("WPS Inc."), Steven F.

Chilinski and Deepak S. Kulkarni, defendants in the above-captioned action, and suggest on the

record that on April 1, 2006, Wolverine, Proctor & Schwartz, LLC (the successor in interest to

WPS Inc. with respect to any liability that could result against WPS Inc. in the instant action)

filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the District of

Massachusetts, Docket No. 06-10815.  [A copy of the Notice of Chapter 7 Bankruptcy Case,

which was sent to the undersigned by the counsel for the debtor, is attached hereto as Exhibit A.]

        Defendants respectfully request that the Court enter an order to stay all further action in

this case pursuant to 11 U.S.C. § 362(a).

Dated: April 10, 2006

Respectfully submitted,

WOLVERINE, PROCTOR & SCHWARTZ, INC.,
STEVEN F. CHILINSKI, and
DEEPAK S. KULKARNI

By their attorneys,

/s/ Mark M. Whitney
Mark Whitney (BBO #637054)
Jeffrey D. Kuhn
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts  02109
(617) 523-6666
mwhitney@morganbrown.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 10, 2006, I filed the foregoing document with the

Clerk of the Court by using the ECF system and served an electronic copy upon the plaintiff by

email.  I further certify that I mailed the foregoing document and the notice of electronic filing to

the pro se plaintiff, Peter A. Crawford, 23 Newcastle Drive, #11, Nashua, NH  03060, by U.S.

mail, on April 10, 2006.

<u>/s/ Mark M. Whitney</u>
Mark M. Whitney, Esq.

**FORM B9D** (Chapter 7 Corporation/Partnership Asset Case) (10/05)                                    Case Number **06–10815**

# UNITED STATES BANKRUPTCY COURT
## District of Massachusetts

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor Corporation listed below was filed on 4/1/06.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Wolverine Proctor & Schwartz, LLC
51 E. Main Street
Merrimac, MA 01860

| Case Number: 06–10815 | Taxpayer ID/Employer ID/Other Nos.: 14–1918705 |
|---|---|
| Attorney for Debtor(s) (name and address): Annapoorni Sankaran Greenberg Traurig LLP One International Place 20th Floor Boston, MA 02110 Telephone number: (617) 310–6000 | Bankruptcy Trustee (name and address): Lynne F. Riley Riley & Esher 100 Franklin Street Boston, MA 02110 Telephone number: 617–399–7300 |

## Meeting of Creditors

Date: **May 2, 2006**                                    Time: **09:30 AM**

Location: **Thomas P. O'Neill Federal Bldg, 10 Causeway Street, Room 255–B, Boston, MA 02222**

## Deadlines to File a Proof of Claim

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **7/31/06**          For a governmental unit: 180 Days from the date the petition was filed.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** U. S. Bankruptcy Court 10 Causeway Street Room 1101 Boston, MA 02222 Telephone number: 617–565–6054 | **For the Court:** Clerk of the Bankruptcy Court: James M. Lynch |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 5:00 PM | Date: 4/5/06 |

005644

Annapoorni Sankaran
Greenberg Traurig LLP
One International Place
20th Floor
Boston, MA 02110

005644 5644 1 AT 0.308 02109 5 1 5397-1-5948

MORGAN, BROWN & JOY, LLP
200 STATE STREET
BOSTON, MA 02109-2605

04-10-06A09:4

005644    **19607005656032**