UNITED STATES DISTRICT COURT
District of Massachusetts

Civil Action
No. 05-10078-DPW

PETER A. CRAWFORD, Plaintiff )
)
v. )
)
WOLVERINE, PROCTOR & SCHWARTZ, INC., )
  Steven F. Chilinski, Deepak S. Kulkarni, )
)
  Defendants )

### PLAINTIFF'S MOTION TO STRIKE PORTIONS OF THE AFFIDAVIT OF DEEPAK S. KULKARNI

#### CERTIFICATE OF CONFERRAL

Plaintiff hereby certifies that he has complied with the requirements of Local Rule 7.1(a)(2) by attempting unsuccessfully to confer with counsel for defendants.

#### MOTION

Now comes the plaintiff in the above-captioned action, and moves that this Honorable Court strike ¶22 and Exhibit 6 of the Affidavit of Deepak S. Kulkarni, submitted in support of Defendants' Motion for Summary Judgment. Plaintiff submits herewith his supporting memorandum.

Respectfully submitted,

_____
Peter A. Crawford, pro se
23 Newcastle Dr. #11
Nashua, NH 03060
(603)888-4574

Date: April 6, 2006

1