UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

PETER A. CRAWFORD,

       Plaintiff,

v.

WOLVERINE, PROCTOR & SCHWARTZ, INC.,
STEVEN F. CHILINSKI, and
DEEPAK S. KULKARNI,

       Defendants.
_____

Civil Action No.
05-cv-10078 (DPW)

## AFFIDAVIT OF MARK BROWN

MARK BROWN, being duly sworn deposes and says:

1. I was the Chief Financial Officer of Wolverine, Proctor & Schwartz, Inc. ("WPS"), one of the defendants in this matter, from September 11, 2000 through September 25, 2003. On February 14, 2005 I was hired by Wolverine, Proctor & Schwartz LLC as that company's President.

2. In late December 2001, WPS was involved in a transaction whereby a group of investment entities owned by Parthenon Capital LLC ("Parthenon") acquired a controlling ownership interest in WPS.

3. Following the final closing of Parthenon's acquisition of WPS on December 31, 2001, the WPS Board of Directors was composed of myself, John Rutherford, Ernest Jacquet, Erik Scott and Deepak Kulkarni.

4. On December 31, 2001, I, in my capacity as a director of WPS, executed an "Action by Unanimous Written Consent of Directors in Lieu of a Meeting of Directors" (the

-2-

"Unanimous Written Consent").  The Unanimous Written Consent was one of the documents that was executed as part of the closing of Parthenon's acquisition of WPS.  A copy of the December 31, 2001 Unanimous Written Consent is attached hereto as <u>Exhibit 1</u>, my signature can be found on page W0041.

5. By operation of the Unanimous Written Consent, the WPS Board of Directors installed Deepak Kulkarni as the Chief Executive Officer ("CEO") of WPS.

6. In executing the Unanimous Written Consent, it was the intention of the WPS Board of Directors to ensure that Mr. Kulkarni would serve as WPS's CEO (a position he had occupied prior to Parthenon's acquisition of WPS) until such time as a successor CEO could be appointed.

Signed under the penalties and pains of perjury this 27th day of April 2006.


<u>/s/ Mark Brown</u>
Mark Brown

# WOLVERINE PROCTOR & SCHWARTZ, INC.

Action by Unanimous Written Consent of Directors
<u>In Lieu of a Meeting of Directors</u>

The undersigned, being all of the directors of Wolverine Proctor & Schwartz, Inc., a Massachusetts corporation (the "<u>Corporation</u>"), hereby consent to and adopt the resolutions attached hereto as <u>Exhibit 1</u> and consent to the actions described therein in the same manner as if duly presented to and approved at a meeting of the Board of Directors of the Corporation duly called for such purpose.

This consent may be executed in one or more counterparts and shall be filed with minutes of meetings of the Board of Directors of the Corporation.

**IN WITNESS WHEREOF**, the undersigned have caused this unanimous written consent to be executed as of the date first written below.

_____
Ernest K. Jacquet

_____
Erik Scott

_____
John C. Rutherford

_____
Deepak Kulkarni

_____
Mark Brown

Dated: December 31, 2001

8690684.1

W0037

# WOLVERINE PROCTOR & SCHWARTZ, INC.

Action by Unanimous Written Consent of Directors
<u>In Lieu of a Meeting of Directors</u>

The undersigned, being all of the directors of Wolverine Proctor & Schwartz, Inc., a Massachusetts corporation (the "<u>Corporation</u>"), hereby consent to and adopt the resolutions attached hereto as <u>Exhibit 1</u> and consent to the actions described therein in the same manner as if duly presented to and approved at a meeting of the Board of Directors of the Corporation duly called for such purpose.

This consent may be executed in one or more counterparts and shall be filed with minutes of meetings of the Board of Directors of the Corporation.

**IN WITNESS WHEREOF**, the undersigned have caused this unanimous written consent to be executed as of the date first written below.

_____
Ernest K. Jacquet

_/s/ Erik Scott_____
Erik Scott


_____
John C. Rutherford


_____
Deepak Kulkarni


_____
Mark Brown


Dated: December 31, 2001

8690684.1

W0038

## WOLVERINE PROCTOR & SCHWARTZ, INC.

Action by Unanimous Written Consent of Directors
In Lieu of a Meeting of Directors

The undersigned, being all of the directors of Wolverine Proctor & Schwartz, Inc., a Massachusetts corporation (the "Corporation"), hereby consent to and adopt the resolutions attached hereto as Exhibit 1 and consent to the actions described therein in the same manner as if duly presented to and approved at a meeting of the Board of Directors of the Corporation duly called for such purpose.

This consent may be executed in one or more counterparts and shall be filed with minutes of meetings of the Board of Directors of the Corporation.

**IN WITNESS WHEREOF**, the undersigned have caused this unanimous written consent to be executed as of the date first written below.

_____
Ernest K. Jacquet

_____
Erik Scott

_/s/ John Rutherford_____
John C. Rutherford

_____
Deepak Kulkarni

_____
Mark Brown

Dated: December 31, 2001

8690684.1

W0040

## WOLVERINE PROCTOR & SCHWARTZ, INC.

Action by Unanimous Written Consent of Directors
<u>In Lieu of a Meeting of Directors</u>

The undersigned, being all of the directors of Wolverine Proctor & Schwartz, Inc., a Massachusetts corporation (the "<u>Corporation</u>"), hereby consent to and adopt the resolutions attached hereto as <u>Exhibit 1</u> and consent to the actions described therein in the same manner as if duly presented to and approved at a meeting of the Board of Directors of the Corporation duly called for such purpose.

This consent may be executed in one or more counterparts and shall be filed with minutes of meetings of the Board of Directors of the Corporation.

**IN WITNESS WHEREOF**, the undersigned have caused this unanimous written consent to be executed as of the date first written below.

_____
Ernest K. Jacquet

_____
Erik Scott

_____
John C. Rutherford

_____
Deepak Kulkarni

_____
Mark Brown

Dated: December 31, 2001

8690684.1

## WOLVERINE PROCTOR & SCHWARTZ, INC.

Action by Unanimous Written Consent of Directors
<u>In Lieu of a Meeting of Directors</u>

  The undersigned, being all of the directors of Wolverine Proctor & Schwartz, Inc., a Massachusetts corporation (the "<u>Corporation</u>"), hereby consent to and adopt the resolutions attached hereto as <u>Exhibit 1</u> and consent to the actions described therein in the same manner as if duly presented to and approved at a meeting of the Board of Directors of the Corporation duly called for such purpose.

  This consent may be executed in one or more counterparts and shall be filed with minutes of meetings of the Board of Directors of the Corporation.

  **IN WITNESS WHEREOF**, the undersigned have caused this unanimous written consent to be executed as of the date first written below.

_____
Ernest K. Jacquet

_____
Erik Scott

_____
John C. Rutherford

_____
Deepak Kulkarni

*/s/ Mark Brown*
Mark Brown

Dated: December 31, 2001

8690684.1

W0041

Exhibit 1

# WOLVERINE PROCTOR & SCHWARTZ, INC.

## RESOLUTIONS

### Removal and Appointment of Officers

RESOLVED: That all officers of this Corporation shall be and are hereby removed from office without cause, effective immediately.

RESOLVED: That each of the following individuals shall be and are hereby elected to the office or offices set forth opposite his/her name, to serve in accordance with the Bylaws of the Corporation:

| | |
|---|---|
| Deepak Kulkarni | Chief Executive Officer |
| Erik Scott | Vice President |
| Mark Brown | Secretary & Treasurer |

[The remainder of this page has been intentionally left blank.]

8690684

W0042