UNITED STATES DISTRICT COURT
District of Massachusetts       DOCKETED

Civil Action
No. 05-10078-DPW

PETER A. CRAWFORD, Plaintiff       )
                                   )
                                   )
v.                                 )
                                   )
WOLVERINE, PROCTOR & SCHWARTZ, INC.,)
Steven F. Chilinski, Deepak S. Kulkarni, )
                                   )
Defendants                         )
                                   )

## PLAINTIFF'S FURTHER MOTION FOR PARTIAL SUMMARY JUDGMENT

### REQUEST FOR ORAL ARGUMENT

Plaintiff hereby requests, pursuant to Local Rule 7.1(d), that oral argument on this motion be permitted.

### MOTION

Now comes the plaintiff in the above-captioned action and moves that this honorable Court:

(1) Grant Summary Judgment, pursuant to Fed. R. Civ. P. 56(a) on Count I of his Complaint, as already requested in Plaintiff's Motion for Partial Summary Judgment.

(2) As already requested in Plaintiff's Motion for Partial Summary Judgment, direct that the method for calculation of the plaintiff's BONUS be as indicated in the memorandum accompanying that previous motion, and enter an order,

/105

pursuant to Fed. R. Civ. P. 56(d), that further proceedings on Counts II, III and IV of the Complaint take that methodology as established.

(3) Grant Summary Judgment, pursuant to Fed. R. Civ. P. 56(a) on Count II of his Complaint, and if amendment in accordance with the motion filed herewith is allowed, on Count XI of the Second Amended Complaint, against defendants Chilinski and Kulkarni respectively, for single damages under M.G.L. c. 149 §148 arising out of the Bonus due under the written agreement as further set forth in Count I of the Complaint, as amended.

Nothing herein should be construed to request summary judgment against defendant Wolverine, Proctor & Schwartz, Inc. unless and until this Court lifts the stay as requested by Plaintiff's Motion to Lift the Stay Applying to Defendant Wolverine, Proctor & Schwartz, Inc., submitted herewith. In support of this motion for summary judgment, plaintiff relies upon Plaintiff's Affidavit in Support of his Motion for Partial Summary Judgment and Plaintiff's Memorandum in Support of his Motion for Partial Summary Judgment, previously filed, and upon Plaintiff's Affidavit in Support of his Further Motion for Partial Summary Judgment and Plaintiff's Memorandum in Support of his Further Motion for Partial Summary Judgment, submitted herewith.

CERTIFICATE OF CONFERRAL

Plaintiff hereby certifies that he has complied with the provisions of Local Rule 7.1(a)(2) and defendants have refused to assent to this motion.

Respectfully submitted,

*/s/ Peter A. Crawford*

Peter A. Crawford, pro se

Date: 5 May 2006

23 Newcastle Dr. #11
Nashua, NH  03060
(603)888-4574