UNITED STATES DISTRICT COURT
District of Massachusetts

Civil Action
No. 05-10078-DPW

PETER A. CRAWFORD, Plaintiff )
 )
 )
v. )
 )
WOLVERINE, PROCTOR & SCHWARTZ, INC., )
 Steven F. Chilinski, Deepak S. Kulkarni, )
 )
 Defendants )

## PLAINTIFF'S MOTION TO LIFT THE STAY APPLYING TO DEFENDANT WOLVERINE, PROCTOR & SCHWARTZ, INC.

### REQUEST FOR ORAL ARGUMENT

### MOTION

Now comes the plaintiff in the above captioned action, and moves, that this Honorable Court lift the stay as to defendant Wolverine, Proctor & Schwartz, Inc. noted in the Docket Entry made on April 13, 2006 that indicates that a "stay is in effect as to Wolverine." In support thereof, plaintiff submits herewith Plaintiff's Memorandum in Support of his Motion to Lift the Stay Applying to Defendant Wolverine, Proctor & Schwartz, Inc.

### CERTIFICATE OF CONFERRAL

Plaintiff hereby certifies that he has complied with the provisions of Local Rule 7.1(a)(2) and defendants have refused to assent to this motion.

Respectfully submitted,

1

                                                                             */s/ Peter A. Crawford*
                                                                             Peter A. Crawford, pro se
                                                                             23 Newcastle Dr. #11
                                                                             Nashua, NH 03060

Date: 5 May 2006      (603)888-4574