UNITED STATES DISTRICT COURT
District of Massachusetts

Civil Action
No. 05-10078-DPW

PETER A. CRAWFORD, Plaintiff )
)
v. )
)
WOLVERINE, PROCTOR & SCHWARTZ, INC., )
Steven F. Chilinski, Deepak S. Kulkarni, )
)
Defendants )

### PLAINTIFF'S EMERGENCY MOTION TO CLARIFY THAT THE PROTECTIVE ORDERS DO NOT APPLY TO OTHER PROCEEDINGS

#### REQUEST FOR HEARING

#### MOTION

Now comes the plaintiff in the above-captioned action, and moves that this Honorable Court issue an order clarifying the fact that the two protective orders issued in this case on January 6, 2006 do not apply to any other proceedings. In the alternative, plaintiff moves that this Honorable Court amend the two protective orders issued on January 6, 2006 to so state. In support thereof, plaintiff submits the accompanying affidavit and memorandum.

#### CERTIFICATE OF CONFERRAL

Plaintiff hereby certifies that he has complied with the requirements of Local Rule 7.1(a)(2) by conferring with counsel for defendants, and they have refused to assent to this motion.

1

Respectfully submitted,

*[signature: Peter A. Crawford]*

Peter A. Crawford, pro se
23 Newcastle Dr. #11
Nashua, NH 03060
(603)888-4574

Date: 10 May 2006

Affidavit of Service

I, Peter A. Crawford, plaintiff, hereby say and depose, under pains and penalties of perjury, that I this day served the within papers upon defendants' attorney, by causing copies thereof to be mailed, first class postage prepaid, to Mark Whitney, Morgan Brown & Joy, 200 State St., Boston, MA 02109.

_____
Peter A. Crawford

Date: 10 May 2006