UNITED STATES DISTRICT COURT
District of Massachusetts

Civil Action
No. 05-10078-DPW

PETER A. CRAWFORD, Plaintiff

v.

WOLVERINE, PROCTOR & SCHWARTZ, INC.,
Steven F. Chilinski, Deepak S. Kulkarni,

Defendants

### PLAINTIFF'S MOTION TO STRIKE EXHIBIT 1 TO DEFENDANTS' MEMORANDUM IN OPPOSITION OF PLAINTIFF'S MOTION TO LIFT THE STAY

#### REQUEST FOR HEARING

All pending motions are scheduled for hearing on June 28, 2006 at 3:30 p.m. Plaintiff requests that this motion be heard at that time.

#### MOTION

Plaintiff hereby moves that this Honorable Court strike Exhibit 1 of Defendant Wolverine, Proctor & Schwartz, Inc.'s Memorandum of Law in Opposition to Plaintiff's Motion to Lift the Stay Applying to Defendant Wolverine, Proctor & Schwartz, Inc. In support thereof, plaintiff submits the accompanying memorandum of law.

#### CERTIFICATE OF CONFERRAL

Plaintiff hereby certifies that he has complied with the provisions of Local Rule 7.1(a)(2) by conferring with Jeffrey Kuhn, counsel for defendants, and that Mr. Kuhn did not assent to this motion.

1

Respectfully submitted,

*[signature: Peter A. Crawford]*

Peter A. Crawford, pro se
23 Newcastle Dr. #11
Nashua, NH 03060
(603)888-4574

Date: 13 June 2006