UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER A. CRAWFORD,<br>      Plaintiff,<br><br>v.<br><br>WOLVERINE, PROCTOR & SCHWARTZ,<br>INC., STEVEN F. CHILINSKI, AND<br>DEEPAK S. KULKARNI,<br>      Defendants. | CIVIL ACTION NO.<br>05-10078-DPW |

## PROCEDURAL ORDER FOR ADMINISTRATIVE CLOSING OF CASE

WOODLOCK, District Judge

    In accordance with the Memorandum and Order issued July 21, 2006, it is hereby ORDERED that the above-entitled action be, and it hereby is, administratively closed without prejudice to any party moving to restore it to the docket if any further action is required as a result of action in the bankruptcy proceedings.

                                                  BY THE COURT,

DATED: July 21, 2006                           /s/ Michelle Rynne
                                                                  Deputy Clerk