UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

PETER A. CRAWFORD,                          )
                                            )
          Plaintiff,                        )
                                            )
                                            )          Civil Action No.
v.                                          )          05-cv-10078 (DPW)
                                            )
WOLVERINE, PROCTOR & SCHWARTZ, INC.,        )
STEVEN F. CHILINSKI, and                    )
DEEPAK S. KULKARNI,                         )
                                            )
          Defendants.                       )
_____)

### NOTICE OF APPEARANCE OF JENNIFER M. BOMBARD, ESQ.

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

     Please enter my appearance as counsel of record for the defendants, Wolverine, Proctor

& Schwartz, Inc., Steven F. Chilinski, and Deepak S. Kulkarni, in the above-captioned action.

Mark M. Whitney, also of this office, will continue to serve as counsel for the defendants.

                              WOLVERINE, PROCTOR & SCHWARTZ, INC.,
                              STEVEN F. CHILINSKI, and
                              DEEPAK S. KULKARNI,
                              By Their Attorneys,

                              /s/ Jennifer M. Bombard
                              Mark M. Whitney (BBO#637054)
                              Jennifer M. Bombard (BBO#665561)
                              MORGAN, BROWN & JOY, LLP
                              200 State Street
                              11th Floor
                              Boston, MA 02109-2605
                              (617) 523-6666

February 7, 2007

- 2 -

**<u>Certificate of Service</u>**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, via U.S. mail, on February 7, 2007.

<u>/s/ Jennifer M. Bombard</u>
Jennifer M. Bombard