UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER A. CRAWFORD,<br><br>    Plaintiff,<br><br>v.<br><br>WOLVERINE, PROCTOR & SCHWARTZ, INC.,<br>STEVEN F. CHILINSKI, and<br>DEEPAK S. KULKARNI,<br><br>    Defendants. | Civil Action No.<br>05-cv-10078 (DPW) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Jeffrey D. Kuhn, co-counsel for the defendants, Wolverine, Proctor & Schwartz, Inc., Steven F. Chilinski, and Deepak S. Kulkarni., hereby withdraws his appearance in the above-captioned matter. Mark M. Whitney and Jennifer M. Bombard of Morgan, Brown & Joy, LLP, will continue to serve as co-counsel for the defendants.

Respectfully submitted,

/s/ Jeffrey D. Kuhn_____
Jeffrey D. Kuhn

February 15, 2007

- 2 -

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, via U.S. mail, on February 15, 2007.

/s/ Jeffrey D. Kuhn
Jeffrey D. Kuhn